IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN NWOGA, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 12-5393 |
| COMMUNITY COUNCIL FOR MENTAL HEALTH & RETARDATION, INC., | |
| and | |
| COMMUNITY COUNCIL HEALTH SYSTEMS, INC., | |
| Defendants. | |

**O R D E R**

**AND NOW**, this 27th day of February, 2013, upon consideration of the Motion to Dismiss Defendants' Amended Counterclaims (Doc. No. 10) filed by Plaintiff, Martin Nwoga, against Defendants, Community Council for Mental Health & Mental Retardation, Inc. and Community Council Health Systems, Inc., and Defendants' Response thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** as to counterclaims I, II and III, and **DENIED** as to counterclaim IV. It is **FURTHER ORDERED** that Defendants are **GRANTED** leave to amend to add a counterclaim for breach of contract. Defendants have fourteen (14) days from the date of this Order to file an amendment.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE